IT IS ORDERED

Date Entered on Docket: June 26, 2013

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



---

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

IN RE:
**SANTIAGO R. BRISENO,**
      Debtor.                                         No. 13-09-15294 TL

### STIPULATED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

**THIS MATTER** came before the Court on stipulation between debtor and the Chapter 13 Trustee (trustee). On May 31, 2013, the trustee filed a Motion to Dismiss for failure to turnover any net refunds for tax year 2012 to the trustee and gave notice as required.

**IT IS THEREFORE ORDERED:**

1. Debtor owes approximately $5,431.03 in net refunds to the trustee for tax year 2012.

2. Debtor has turned over $4600 in net refunds to the trustee for tax year 2012.

3. Debtor shall turn over the remaining net refunds in the amount of $831.03 to the trustee by August 25, 2013.

4. If the debtor does not comply with the terms of this Order, the trustee may submit an order dismissing the case without further notice.

### END OF ORDER ###

Submitted and approved:                          Approved:

/s/submitted electronically/ks.tlk               Via email/6-25-13/tlk
Kelley L. Skehen                                 Gerald R. Velarde
Chapter 13 Trustee                               Attorney for Debtors
625 Silver SW, Ste. 350                          2531 Wyoming Blvd NE
Albuquerque, NM  87102                           Albuquerque, NM  87112
(505) 243-1335  fax (505) 247-2709               (505) 248-1828
orders@ch13nm.com


Copies To:

Santiago R. Briseno
5847 Ridge St
Santa Teresa, NM 88008